UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROISBEL E.G.,[1]

Petitioner,

v.

DIRECTOR OF THE CENTRAL VALLEY ANNEX CENTER, et al.

Respondents.

No. 1:26-cv-06674-TLN-AC

A# 220-849-277

**RELEASE ORDER**

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (ECF No. 7.) Respondents filed untimely objections to the findings and recommendations "[f]or the reasons stated in their Reply to Order to Show Cause." (ECF No. 8.)[2]

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

[2] Respondents' objections appear to contain typographical errors in the caption, case

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 7) are ADOPTED IN FULL.
2. The Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED.
3. Respondents must IMMEDIATELY RELEASE Petitioner Roisbel E.G. (A# 220-849-277) from custody with the same conditions to which he was subject immediately prior to his detention on February 28, 2026. At the time of release, Respondents must return all of Petitioner's documents and possessions. Respondents must file a **notice of compliance** with this Order **within two (2) court days of the date of this Order**.
4. Respondents are ENJOINED from re-arresting or re-detaining Petitioner, while subject to 8 U.S.C. § 1226(a), absent compliance with statutory and constitutional protections, including a minimum of seven-days' notice and a pre-deprivation hearing before a neutral factfinder where the government demonstrates by clear and convincing evidence that its interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention such that no alternative to detention can mitigate that risk. *See Zadvydas*, 533 U.S. at 690; *Hernandez*, 872 F.3d at 990. At any such hearing, Petitioner shall be allowed to have counsel present. Should Petitioner become subject to a final and executable order of removal, the government shall provide Petitioner a minimum of seven days' notice (counting from the date the removal order becomes final and executable) of any intent to execute the order and detain Petitioner.
5. The Clerk of Court is directed to serve this Order on **Central Valley Annex Center**, enter judgment in favor of Petitioner, and close this case.

///

---

number, and citations. Therefore, the objections may have been filed in error. Regardless, the Court conducted a de novo review of the case.

IT IS SO ORDERED.

**DATE: November 2, 2026**



TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE